**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Alfonso QUINONES–ANGULO, Defendant–Appellant.**

**No. 07–11132**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

April 1, 2008.

Mark W. Ciaravella, Tampa, FL, for Defendant–Appellant.

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office/ Middle Dist. of FL, Tampa, FL, for Plaintiff–Appellee.

Before CARNES, BARKETT and COX, Circuit Judges.

PER CURIAM:

Mark W. Ciaravella, appointed counsel for Jose Alfonso Quinones–Angulo on this direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent

---

examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Quinones–Angulo's convictions and sentences are **AFFIRMED.**